USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN M. DAVILMAR,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

23-CV-04318 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to CLOSE this case.

**SO ORDERED.**

**Date: September 29, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**